# EXHIBIT A

From: ECFnotice@mad.uscourts.gov
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:17-cv-12137-PBS Emerson v. Genocea Biosciences, Inc. et al Motion to Appoint Counsel
Date: Tuesday, January 2, 2018 6:05:19 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Leviton, Jason on 1/2/2018 at 6:04 PM EST and filed on 1/2/2018

**Case Name:** Emerson v. Genocea Biosciences, Inc. et al
**Case Number:** 1:17-cv-12137-PBS
**Filer:** Steven Emerson
**Document Number:** 22

**Docket Text:**
**MOTION to Appoint Counsel** *, for Consolidation of the Actions, and to Appoint Lead Plaintiff* **by Steven Emerson.(Leviton, Jason)**


**1:17-cv-12137-PBS Notice has been electronically mailed to:**

Daryl DeValerio Andrews    daryl@andrewsdevalerio.com, glen@andrewsdevalerio.com

Jason M. Leviton    jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Kristi Lynn Jobson    kristi.jobson@ropesgray.com, courtalert@ropesgray.com

Mitchell J. Matorin    mjm@matorinlaw.com, mitchell-matorin-6100@ecf.pacerpro.com

Randall W. Bodner    randall.bodner@ropesgray.com, courtalert@ropesgray.com

Rhiana L. ySwartz    rswartz@scott-scott.com

Thomas L. Laughlin , IV    tlaughlin@scott-scott.com, efile@scott-scott.com, ksteinberger@scott-scott.com

**1:17-cv-12137-PBS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/2/2018] [FileNumber=7485330-0]
[3d321894bd98b4ae277a1fe48a84148cf73d750df84b979c918135d713ea417e7787
c67b112f79d2ff58678370e64cb7ad12624d689b23bd270e7bbf4283d5ac]]