## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Steven Emerson, et.al.

    Plaintiffs

CIVIL ACTION

No. 1:17-cv-12137--PBS ( Lead Case )
No. 1:17-cv-12168-PBS
No. 1;17-cv-12474-PBS

V.

Genocea Biosciences, Inc.,et.al.

    Defendants

## ORDER OF DISMISSAL

SARIS, CJ.

In accordance with the Court's Memorandum and Order dated December 6, 2018 granting defendant's motion to Dismiss (Docket No. 59), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

12/6/2018

/s/ C. Geraldino-Karasek

Date

Deputy Clerk